**Electronically Filed**
**Supreme Court**
**SCWC-13-0000381**
**14-OCT-2014**
**07:46 AM**

SCWC-13-0000381

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

DEAN T. MINAMI, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-13-0000381; CR. NO. 12-1-1968)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Dean T. Minami's

application for writ of certiorari filed on September 16, 2014,

is hereby rejected.

DATED: Honolulu, Hawai'i, October 14, 2014.

James S. Tabe
for petitioner

Donn Fudo
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

